IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03087–PAB–KMT

ROMULUS ALBU, on behalf of himself and all similarly situated persons,

   Plaintiff,

v.

DELTA MECHANICAL INC., an Arizona corporation, and
COLORADO DELTA MECHANICAL INC., a Colorado corporation,

   Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Defendants' Counsel Shaleen D. Brewer's Motion to Withdraw Representation for Defendants Delta Mechanical, Inc. and Colorado Delta Mechanical, Inc." (Doc. No. 22, filed April 4, 2014). Being otherwise fully advised, it is hereby ORDERED that the Motion is GRANTED. Attorney Brewer is relieved of any further representation of the defendants in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Brewer from the electronic certificate of mailing.

Dated: April 4, 2014